CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 01 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Pay Collins
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PRE-FAB STEEL ERECTORS, INC., *Plaintiff,* v. DAVID M. STEPHENS, ET AL., *Defendants.* | CIVIL ACTION No. 6:08-CV-00039 ORDER JUDGE NORMAN K. MOON |

As stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (docket no. 7) is hereby GRANTED, in part, and DENIED, in part.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this 1st day of April, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE